

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Waynetta Maria Jackson, Appellant

No. 06-12-00098-CR     v.

The State of Texas, Appellee

Appeal from the 188th District Court of Gregg County, Texas (Tr. Ct. No. 41210-A). Opinion delivered by Justice Carter, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find there was partial error error in the judgment of the court below. Therefore, we modify the trial court's judgment to reflect the statute on the indictment. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Waynetta Maria Jackson, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED DECEMBER 28, 2012
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk